IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3085 |
| vs. | |
| PATRICIA SALVADOR-MAGANA, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion to modify the conditions of her release, (Filing No. 34), is granted.

2) Defendant is permitted to stay at home with her children rather than work.

3) In all other respects, Defendant's conditions of pretrial release remain the same.

November 17, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge